270 So.2d 679

**In re Robert RUTHERFORD, alias**

**v.**

**STATE.**

**Ex parte Robert Rutherford, alias.**

**SC 185.**

Supreme Court of Alabama.

Dec. 14, 1972.

John S. Glenn, Opelika, for petitioner.

COLEMAN, Justice.

Petition of Robert Rutherford, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Rutherford, alias v. State, 49 Ala.App. 246, 270 So.2d 678.

Writ denied.

BLOODWORTH, McCALL, FAULKNER and JONES, JJ., concur.

267 So.2d 467

**In re Mildred C. SHELL**

**v.**

**Claude E. SHELL.**

**Ex parte Mildred C. Shell.**

**6 Div. 986.**

Supreme Court of Alabama.

Aug. 3, 1972.

Rehearing Denied Oct. 26, 1972.

Crampton Harris and Robert G. Esdale, Birmingham, and Lee Bains, Bessemer, for petitioner.

Arthur Green, Jr., and W. Gerald Stone, Bessemer, for respondent.

HARWOOD, Justice.

Petition of Mildred C. Shell for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Shell v. Shell, 48 Ala.App. 668, 267 So.2d 461.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and McCALL, JJ., concur.